UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>STEVEN HAMPTON,<br><br>　　　　Defendant(s).<br>　　　　　　　　　　　　　　　／ | No. CR 02-0227 MHP<br><br>**ORDER REVOKING SUPERVISED RELEASE AND JUDGEMENT** |

　　　　This matter came on pursuant to an Order to Show Cause why supervised release should not be revoked. Defendant appeared in person with his attorney Rita Bosworth. The United States was represented by Assistant United States Attorney Nat Cousins.

　　　　The defendant was advised of the following:

1. His right to a hearing on the alleged violations of supervised release;
2. His right to confront and cross-examine witnesses;
3. His right to produce evidence and witnesses at the hearing without cost to him if he could not afford the same;
4. His right to continue to have court appointed counsel represent him throughout the proceedings; and
5. The nature of the revocation proceedings and the consequences if a violation was found and supervised release revoked or modified.

　　　　The court finds that defendant was fully advised of his constitutional and statutory rights in connection with these proceedings either as a basis for modification or revocation; that he fully understands the nature of the proceeding and the defenses that he may assert in the proceeding; that he fully understands the consequences of the proceeding; and that he freely and voluntarily waives

his right to a hearing, his counsel consenting thereto.

The court finds that the defendant has admitted to the violations as alleged in the petition to revoke and that such violations are sufficient cause to revoke supervised release.

Charge 1: Violation of Standard Condition which states that defendant shall not commit another federal, state, or local crime in that on October 23, 2008 defendant was in possession of suspected crack cocaine salt.

Charge 3: Violation of Standard Condition which states that defendant shall not commit another federal, state, or local crime in that on January 8, 2009, the defendant was found to be in violation of CA Vehicle Code § 14601.2(b).

Charge 4: Violation of Standard Condition which states that defendant shall not commit another federal, state, or local crime in that on January 8, 2009, the offender was in possession of suspect cocaine.

Based on the foregoing,

IT IS ADJUDGED that supervised release is hereby REVOKED, and that defendant is remanded into the custody of the Attorney General or his authorized representative for a term of two (2) years, with one year to run concurrent to the sentence imposed on the state action, and one year to run consecutive to the sentence imposed on the state action. No further term of supervised release is ordered.

Dated: July 7, 2009

MARILYN HALL PATEL
United States District Court

2